UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff(s),         Case No. 20-20599

v.         Honorable Victoria A. Roberts

JOHN ANGELO, ET AL.,         Magistrate Judge Elizabeth A. Stafford

        Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

    This case appears to be a companion case to Case No. 18-20368 . Pursuant to E.D. Mich LCrR 57.10(b)(4), the Clerk is directed to reassign this case to the docket of the Honorable Matthew F. Leitman and Magistrate Judge _____.

                                          s/Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

                                          s/Matthew F. Leitman
                                          Matthew F. Leitman
                                          United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: December 17, 2020                 s/N. Ahmed
                                            Deputy Clerk

cc:     Parties and/or counsel of record
          Honorable Matthew F. Leitman