UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

D6, BRENT FAROUK SITTO,

       Defendant.

Case No. 20-cr-20599-6
Hon. Matthew F. Leitman

_____/

**ORDER REGARDING JURY TRIAL PROCEDURES BEFORE JURORS**

Defendant Sitto having filed a Motion (ECF #80) to strike his middle name, the Government having responded and having heard argument in this case and being otherwise fully advised of all the circumstances,

**IT IS HEREBY ORDERED** that during proceedings occurring before jurors during a jury trial in the above-referenced matter the United States of America (the "government") and its witnesses shall be precluded from using Brent Sitto's ("Sitto") middle name, Farouk, in any manner at trial or attempting to introduce evidence or testimony as it relates to Sitto's middle name, Farouk, and shall instead refer to him as "Defendant" or "Defendant Sitto" when it becomes necessary to refer to him or to distinguish between individual co-defendants.

**IT IS FURTHER ORDERED** that in the event Sitto's name appears as Brent Farouk Sitto on any document the government seeks to introduce at trial, the

{H0931959.1}

government shall redact the middle name "Farouk" and the name shall appear as "Brent ▮ Sitto."  Additionally, the government shall provide any such documents to Defendant Sitto's counsel in a sufficiently reasonable time to allow his counsel to review the documents to further ensure the middle name has been properly redacted.

**IT IS FURTHER ORDERED** that Sitto's name shall be announced and appear as Brent Sitto when named at any point in trial of this matter, including but not limited to during introductions, voir dire, statements by counsel, and on the verdict form.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 19, 2022

Approved as to Form
and Substance

/S/ Mark S. McDonald
Trial Attorney
U.S. Department of Justice

/S/ Walter J. Piszczatowski
Walter J. Piszczatowski
Attorney for Defendant Sitto

{H0931959.1}